# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH GORDON WESCOTT ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Defendant Kenneth Gordon Wescott's Letter (doc. # 28), filed October 7, 2014, which this Court construes as an Ex Parte Motion to Dismiss Counsel and Appoint New Counsel. Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion to Dismiss Counsel and Appoint New Counsel (doc. # 28) is **denied without prejudice**.

DATED: October 15, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**