# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH GORDON WESCOTT ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Kenneth Gordon Wescott's Motion to Proceed In Forma Pauperis (doc. # 36), filed December 4, 2014, and Motion to Proceed Pro Se and for the Court to Conduct a Faretta Hearing (doc. # 37), also filed December 4, 2014.

Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motions (doc. # 36; doc. # 37) are **denied without prejudice**.

DATED: December 10, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**