# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH GORDON WESCOTT ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on Defendant Kenneth Gordon Wescott's ("defendant") Motion for Additional Library Hours (doc. # 57), filed March 12, 2015, and Motion to Access Westlaw (doc. # 61), filed March 14, 2015.

## BACKGROUND

On March 15, 2014, defendant was arrested and charged with coercion and enticement of a minor to engage in sexual activity in violation of 18 U.S.C. § 2422(b). See Doc. # 8. On that same date, the Court determined that defendant would be detained pending trial. See Doc. # 9; Doc. # 11. Thereafter, defendant filed various motions to dismiss counsel, along with a motion to conduct a Faretta hearing, with the Court ultimately finding that defendant knowingly, intelligently, and unequivocally waived his right to counsel, and would proceed pro se in this matter and during his trial set for June 29, 2015. See Doc. # 44; Doc. # 54. Defendant subsequently filed the instant motions for consideration by this Court. See Doc. # 57; Doc. # 61.

## DISCUSSION

**1.     Motion for Additional Library Hours (doc. # 57)**

Defendant asks the Court to enter an order granting him extended access to the prison law library (i.e., from 3 to 5 hours daily) so he can prepare his defense for the upcoming trial set on June 29, 2015. Because defendant establishes good cause for the request, this Court grants that

request.

**2.     Motion to Access Westlaw (doc. # 61)**

Defendant also asks the Court to grant him access to Westlaw and Black's Law Dictionary, claiming that his existing access to Lexis Nexis and Ballentine's Law Dictionary is inadequate. This Court finds it has no jurisdiction to order the detention center to make defendant's preferences available to him. As such, the Court denies defendant's request.

## CONCLUSION AND ORDER

Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion for Additional Library Hours (doc. # 57) is **granted**.

**IT IS FURTHER ORDERED** that defendant's Motion to Access Westlaw (doc. # 61) is **denied**.

**IT IS FURTHER ORDERED** that the Nevada So. Detention Center provide defendant access to the law library for 5 hours a day on those days the library is open and made available to inmates.

DATED: March 16, 2015

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**