# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00085-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KENNETH GORDON WESCOTT | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant Kenneth Gordon Wescott's ("defendant") Motion for Mail Service (doc. # 64), filed March 31, 2015.

Defendant asks the Court to grant him authority to write the term "Frank" on his correspondences so that he will be exempt from paying postage to the U.S. Post Office. Defendant admits that his request contravenes the Nevada Southern Detention Center's policy on assessing and making free services available based on prisoner indigence. This Court finds it has no jurisdiction to grant defendant's request.

Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion for Mail Service (doc. # 64) is **denied**.

DATED: April 6, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge