# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KENNETH GORDON WESCOTT, Defendant. | Case No. 2:14-cr-00085-APG-CWH **ORDER** |

This matter is before the Court on Defendant's Motion to Accept Late Replies (doc. # 70), filed April 8, 2015.

A review of the record reveals that the replies missed their respective deadlines by only a few days. As such, this Court will grant Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Accept Late Replies (doc. # 70) is **granted**.

DATED: April 9, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**