# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH GORDON WESCOTT ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on the government's Motion to Amend/Correct Document (doc. # 76), filed April 9, 2015.

The government contends it inadvertently filed an incorrect document in response to Defendant's motion to examine police officers' personnel file, doc. # 60, and asks the Court for leave to file a corrected response. The Court grants the government's request.

Accordingly, **IT IS HEREBY ORDERED** that the government's Motion to Amend/Correct Document (doc. # 76) is **granted**. The Clerk of Court is directed to file the government's brief, doc. # 76-1, as a response to doc. # 60 on the record.

**IT IS FURTHER ORDERED** that Defendant may file a reply to the government's response **no later than April 20, 2015**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall strike doc. # 66 and doc. # 71 from the record.

DATED: April 9, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**