# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| KENNETH GORDON WESCOTT, ) | |
| Defendant. ) | |

This matter was previously before the Court on *pro se* Defendant Kenneth Gordon Wescott's ("Defendant") motion to compel discovery (# 58), filed March 12, 2015, the government's opposition (# 68), filed March 31, 2015, and Defendant's reply (# 72), filed April 8, 2015. On April 16, 2015, the Court issued an order requiring the government to inform the Court whether it is in possession, custody, or control of a document describing the standard operating procedures for the Child Exploitation Task Force, and if so, either explain why the document should not be disclosed, or produce it for *in camera* inspection to allow this Court to determine whether the document is material to the defense. (# 85). On April 23, 2015, the government delivered to chambers a copy of a seventeen page document dated October 16, 2014, entitled "Internet Crimes Against Children Program, Operational and Investigative Standards," and labeled "Limited Official Use Only, Law Enforcement Sensitive." The government also filed a response to the Court's order. (# 89).

In Defendant's motion to compel, Defendant requested the Court to conduct an *in camera* inspection of the document to determine whether the document answers three questions: can an officer initiate contact, can an officer initiate a sexual conversation, and can an officer initiate the meeting for sex? The Court has conducted a review of the submitted document and finds that it does not provide any information which responds to the three questions. Thus, it need not be produced under Rule 16

of the Federal Rules of Criminal Procedure because it is not material to the defense, it will not be used by the government in its case in chief at trial, and it is not an item which belongs to Defendant.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion to compel discovery of the document entitled "Internet Crimes Against Children Program, Operational and Investigative Standards" is **denied**.

DATED: April 27, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**