# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00085-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KENNETH GORDON WESCOTT | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is *pro se* Defendant Kenneth Gordon Wescott's ("Defendant") motion to amend/correct (# 88), filed April 23, 2015, and the government's response (# 92), filed April 27, 2015.

In his motion to amend/correct (# 88), Defendant failed to file any points and authorities in support of his motion, but explains that he believes there is confusion as to which motion his replies refer to. The documents speak for themselves, and the Court is not confused as to the alignment of motions, responses, and replies. Thus, Defendant's request to amend/correct is denied.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion to amend/correct (# 88) is **denied**.

DATED: May 6, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**