**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | **ORDER** |
| vs. ) | |
| KENNETH GORDON WESCOTT, ) | |
| Defendant. ) | |

This matter is before the Court on pro se Defendant Kenneth Gordon Wescott's ("defendant") motion for funds to hire experts (doc. # 82),[1] filed April 10, 2015, and the government's response (doc. # 107), filed May 6, 2015. Defendant did not file a reply.

In his motion, defendant asks the Court for funds so he can hire an investigator, computer forensic expert, "chat" linguistic, and pollster to aid in his defense. In response, the government states it does not take a position on requests related to the preparation of defendant's defense, but questions the viability of the request for funds for a pollster, and admits it is not familiar with the role of a "chat" linguistic.

This Court finds that defendant fails to articulate an adequate basis for requesting funds to hire the abovementioned experts. This Court also finds that defendant fails to specify details, including the identities of the individuals he seeks to hire, their hourly rates, the number of hours to be expended by each expert, and the total amount of funds requested. As such, this Court denies defendant's motion.

---

[1] The Court notes that defendant filed his motion ex parte, with the Court finding it appropriate to re-designate the pleading as a regular motion for the government to submit a response. See Doc. # 90.

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion for funds to hire experts (doc. # 82) is **denied without prejudice**.

DATED: May 19, 2015

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**