**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| KENNETH GORDON WESCOTT, ) | |
| Defendant. ) | |

This matter was referred to this Court on pro se Defendant Kenneth Gordon Wescott's ("defendant") motion in limine (doc. # 114), filed May 8, 2015.

A review of the motion reveals that it is actually a supplement to defendant's motion to dismiss indictment (doc. # 59). As such, the Court construes the instant motion as a supplement, and denies the motion as moot because defendant's motion to dismiss indictment (doc. # 59) was already addressed by this Court. See Doc. # 121 (district judge adopts the undersigned judge's report and recommendation (doc. # 86) granting defendant's motion to dismiss indictment, with the indictment dismissed without prejudice).

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion in limine (doc. # 114), which this Court construes as a supplement to defendant's motion to dismiss indictment (doc. # 59), is **denied as moot**.

DATED: June 2, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**