DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALLISON L. HERR
Special Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6301

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KENNETH GORDON WESCOTT, )<br>)<br>Defendant. )<br>) | SUPERSEDING CRIMINAL INDICTMENT<br><br>2:14-cr-00085-APG-CWH<br><br>**VIOLATION:**<br><br>**18 U.S.C. §2422(b) – Coercion and Enticement** |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Between on or about December 12, 2013 and on or about January 4, 2014, in the State and Federal District of Nevada,

**KENNETH GORDON WESCOTT,**

defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, entice and coerce; and attempt to knowingly persuade, induce, entice and coerce, an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, to wit: engaging and attempting to engage in a sexual offense as defined in Nevada Revised Statute (NRS) 179D.097, sexual conduct as defined in NRS 201.520, and sexual abuse as defined in NRS 432B.100, in violation of 18 U.S.C §2422(b).

## FORFEITURE ALLEGATION ONE

1. The allegations contained in Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1) and (b)(1)(A).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

**KENNETH GORDON WESCOTT,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to facilitate the commission of violations of Title 18, United States Code, Section 2422:

    a) One (1) Black Acer Laptop, serial number LXPY9020350380C1982000;

    b) One (1) Hitachi 50 GB Hard Drive;

    c) One (1) Western Digital 160 GB Hard Drive;

    d) One (1) Hitachi 160 GB Hard Drive;

    e) One (1) 26B Micro SD Card;

    f) One (1) 1 GB Micro SD Card;

    g) One (1) Silver Locking Thumbdrive;

    h) One (1) Western Digital 500 GB Hard Drive;

    i) Twenty (20) CD/DVD's;

    j) Western Digital 250 GB Hard Drive;

    k) Dell PC Tower serial number HZV2QC1;

    l) Blk/Blu Thumbdrive;

    m) Dell PC Tower serial number 4F114C1;

    n) Silv/Blk Maxtur H/DD S/N ZCAS9VQV;

o) WD Ext. HDD S/N WCAVV 0208802;

p) Silv Thumb Drive;

q) Thirty (30) CD/DVD's; and

r) Samsung Galaxy Model SPH-700, S/N 268435460206300203.

All pursuant to Title 18, United States Code, Sections 2422 and 2428(a)(1) and (b)(1)(A).

**DATED:** this 9th day of June, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

ALLISON L. HERR
Special Assistant United States Attorney