1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No. 07149
2  330 South Third Street, Suite 1010
   Las Vegas, Nevada 89101
3  (702) 464-6007
4  Stand-By Counsel for Kenneth Wescott

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**
                                * * *
8

9   UNITED STATES OF AMERICA,        )
                                     )
10              Plaintiff,           )      2:14-cr-0085-APG-CWH
                                     )
11  v.                               )
                                     )
12  KENNETH WESCOTT,                 )
                                     )
13              Defendant.           )
                                     )
14  _____ )

15

16  **EXPARTE MOTION FOR AN ORDER ALLOWING MICHELLE ROTH (CJA**

17  **APPOINTED PARALEGAL) TO VISIT KENNETH WESCOTT**

18      Comes Now, Defendant Kenneth Wescott, by and through his stand-by counsel

19  Chris T. Rasmussen, Esq., and submits the following ex parte motion.

20

21

22              **MEMORANDUM OF POINTS AND AUTHORITIES**

23      Defendant Wescott is set for trial in June.  The Court has appointed Michelle

24  Roth to act as paralegal for Wescott.

25      Wescott is currently housed in Pahrump, Nevada at a Corrections Corporation of

26

27  America (CCA) facility.  The assistance of the paralegal will alleviate the cost to the CJA

28  by handling they myriad of requests from Wescott.

1    We are requesting an Order allowing Michelle Roth to have contact visits with

2  Wescott without Stand By Counsel present.

3

4

5    DATED this 7th day of May, 2015.

6

7

8

9  /S/ Chris T. Rasmussen, Esq.

_____

10  CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 07149
11  330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
12  (702) 464-6007
Stand By Counsel
13

14

15

16

17

18

19

20

21  .

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cr-0085-APG-CWH |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH WESCOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DIRECTING CORRECTIONS CORPORATION OF AMERICA TO ALLOW**

**MICHELLE ROTH TO HAVE CONTACT VISITATION WITH DETAINEE WESCOTT**

IT IS HEREBY ORDERED: That Corrections Corporation of America allow Paralegal

Michelle Roth to have contact visitation without Stand-By counsel present .

DATED: June 11, 2015

_____
United States Magistrate Judge