CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 07149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Stand-By Counsel for Kenneth Wescott

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:14-cr-0085-APG-CWH |
| v. | ) | |
| KENNETH WESCOTT, | ) | |
| Defendant. | ) | |

### EXPARTE MOTION FOR AN ORDER ALLOWING KENNETH WESCOTT (CJA APPOINTED INVESTIGATOR) TO VISIT TODD TOBIASSON

Comes Now, Defendant Kenneth Wescott, by and through his stand-by counsel Chris T. Rasmussen, Esq., and submits the following ex parte motion.

### MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Wescott is set for trial in June.  CJA approved investigator Todd Tobiasson needs to meet with Wescott to assist in his defense.

Wescott is currently housed in Pahrump, Nevada at a Corrections Corporation of America (CCA) facility.  The assistance of the investigator will alleviate the cost to the CJA by handling they myriad of requests from Wescott.

We are requesting an Order allowing Todd Tobiasson to have contact visits with Wescott without Stand By Counsel present.

DATED this 7th day of May, 2015.

/S/ Chris T. Rasmussen, Esq.
_____
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 07149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Stand By Counsel

.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:14-cr-0085-APG-CWH |
| v. | ) |
| KENNETH WESCOTT, | ) |
| Defendant. | ) |

**ORDER DIRECTING CORRECTIONS CORPORATION OF AMERICA TO ALLOW TODD TOBIASSON TO HAVE CONTACT VISITATION WITH DETAINEE WESCOTT**

IT IS HEREBY ORDERED: That Corrections Corporation of America allow Investigator Todd Tobiasson to have contact visitation without Stand-By counsel present.

DATED: June 11, 2015

_____
United States Magistrate Judge