**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| KENNETH GORDON WESCOTT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Renew (doc. # 136), filed June 23, 2015.

Pursuant to Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute consent to the denial of the motion." Because Defendant fails to provide points and authorities in support of his motion, the Court denies the motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Renew (doc. # 136) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of the superseding indictment (doc. # 126) to Defendant.

DATED: June 24, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**