**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | **ORDER** |
| vs. ) | |
| KENNETH GORDON WESCOTT, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Emergency Motion for Medical Treatment (doc. # 141), filed June 29, 2015.

In his motion, Defendant alleges he is suffering various medical issues as a result of a slip and fall while in pretrial detention. Thus, Defendant asks the Court to order the government to transport him to an appropriate medical facility for immediate treatment.

The Court deems it appropriate to direct the government and the U.S. Marshals Service to submit a report directly to this Court outlining the efforts and results of the U.S. Marshals Service to address Defendant's medical issues while in pretrial custody.

Accordingly, **IT IS HEREBY ORDERED** that the government and the U.S. Marshals Service shall submit their report directly to this Court regarding the efforts and results of the U.S. Marshals Service to address Defendant's medical issues **no later than July 13, 2015**.

DATED: July 1, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**