# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00085-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KENNETH GORDON WESCOTT | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Kenneth Gordon Wescott's ("defendant") Motion for Reconsideration of In Forma Pauperis Order (doc. # 162), filed July 16, 2015.

Defendant appears to misunderstand the notion of proceeding in forma pauperis because, as previously stated by this Court, an underlying criminal prosecution does not require defendant to pay any filing fees, or other related fees, in this action and therefore defendant does not have to seek to proceed in forma pauperis in the instant criminal case. See Doc. # 56.

A review of the instant motion also reveals that defendant appears to be requesting prison copy work funds. Defendant may submit a separate motion to request such, provided that defendant includes specific details regarding the amount and cost of copy work he will require, for this Court's review.

Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion for Reconsideration of In Forma Pauperis Order (doc. # 162) is **denied**.

DATED: July 17, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**