1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| KENNETH GORDON WESCOTT, ) | |
| Defendant. ) | |
| ————————————————————— ) | |

This matter is before the Court on Defendant Kenneth Wescott's ("Wescott") Ex Parte Motion for Expert Internet Sex Chat Linguistic (doc. # 156), filed July 14, 2015, and the government's response (doc. # 165), filed July 18, 2015.  Wescott did not file a reply.

Wescott asks the Court to pay the costs to "hire an expert to examine the Discovery emails and chats for possible entrapment, coercion, inducement, enticement and/or other discrepancies by the Henderson Police Department for their role in this criminal case."  Doc. # 156 at 2.  Wescott does not provide any specific information as to the identity or costs of the proposed expert, and fails to provide applicable points and authorities regarding his request.   The government responds that it is not aware of whether such an expert exists, and that Wescott is under a misapprehension of the law regarding the entrapment defense.

Because Wescott has failed to identify an internet sex chat linguistic expert, or any associated costs, the Court finds that it does not have an adequate basis to grant funds to hire such an expert.

//

1      Accordingly, **IT IS HEREBY ORDERED** that Wescott's Ex Parte Motion for Expert Internet

2  Sex Chat Linguistic (doc. # 156) is **denied**.

3      DATED: August 3, 2015

4

5

6                                        **C.W. Hoffman, Jr.**

7                                        **United States Magistrate Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2