**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| KENNETH GORDON WESCOTT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Defendant Kenneth Wescott's ("Wescott") Motion for Paralegal's Access to Pacer (doc. # 158), filed July 15, 2015, and the government's response (doc. # 165), filed July 18, 2015. Wescott did not file a reply.

Wescott is representing himself in this action. Standby counsel has been appointed, and the Court is aware that the paralegal for standby counsel has been providing basic assistance to Wescott.[1] In the instant motion, Wescott asks the Court to pay for the costs of the paralegal accessing PACER to obtain reference materials for Westcott's defense, and to create an account in the amount of $100.00. The government, in response, contends that Wescott's request is unnecessary because Wescott currently has access to information through his standby counsel and his paralegal.

PACER, or the Public Access to Court Electronic Records, is an electronic public access service that allows users to obtain case and docket information online from federal appellate, district, and bankruptcy courts. Wescott provides no factual or legal justification for his request to access

---

[1] *See, e.g.*, Minutes of Proceedings 7/28/2015 (doc.#171)(roles and responsibilities of standby counsel).

PACER, nor does he identify any particular documents that he requires. As such, the Court finds that Wescott fails to articulate an adequate basis for requesting funds for PACER access.

Accordingly, **IT IS HEREBY ORDERED** that Wescott's Motion for Paralegal's Access to Pacer (doc. # 158) is **denied**.

DATED: August 3, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**