**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH GORDON WESCOTT,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cr-00085-APG-CWH<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS**<br><br>**(Dkt. ##142, 179)** |

　　　　On June 29, 2015, defendant Kenneth Wescott filed a motion to dismiss. (Dkt. #142.) On August 4, 2015, Magistrate Judge Hoffman entered his Report and Recommendation (Dkt #179) recommending that the motion be denied. No objection has been filed to that Report and Recommendation, and the time to do so has now passed. Nevertheless, I have conducted a de novo review of the issues set forth in the Report and Recommendation. Judge Hoffman's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision. I hereby accept that recommendation.

　　　　IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report and Recommendation **(Dkt. #179) is accepted** and approved in its entirety. Defendant's Motion to Dismiss **(Dkt. #142) is DENIED.**

　　　　Dated: September 4, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE