**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00085-APG-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| KENNETH GORDON WESCOTT, | |
| Defendant. | |

Defendant Kenneth Wescott was granted permission to represent himself in this case. His backup counsel is Chris Rasmussen. It has come to the court's attention that Mr. Wescott has been using Mr. Rasmussen's paralegal to do significant amounts of legal research for him. This has resulted in a large bill for the paralegal's services. This exceeds the scope of backup counsel's role, which has been explained to Mr. Wescott on several occasions. Therefore, Mr. Rasmussen's paralegal may not do any further work for Mr. Wescott without the express permission of the court.

Dated: October 23, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE