# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH GORDON WESCOTT ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on *pro se* Defendant Kenneth Gordon Wescott's ("Wescott") motion to accept late replies to documents 65, 66, and 68 (ECF No. 199), filed September 16, 2015, and the government's opposition (ECF No. 213), filed October 5, 2015. Wescott did not file a reply.

This Court has reviewed the motion and finds that it is an exact duplicate of a previous motion (ECF No. 70) that was granted by the Court on April 9, 2015 (ECF No. 75). Thus, the Court denies the instant motion as moot.

Accordingly, **IT IS HEREBY ORDERED** that Westcott's motion to accept late replies to documents 65, 66, and 68 (ECF No. 199) is **denied as moot**.

DATED: October 26, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**