**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00085-APG-CWH |
| ) | **ORDER** |
| vs. ) | (Re: ECF No. 235) |
| ) | |
| KENNETH GORDON WESCOTT, ) | |
| Defendants. ) | |

This matter is before the Court on *pro se* Defendant Kenneth Gordon Wescott's ("Wescott") motion to accept late replies to documents 211, 214, 215, and 216 (ECF No. 235), filed October 28, 2015.

Wescott asks to be allowed to submit late replies to documents 211, 214, 215, and 216, which are the government's responses to various motions filed by Wescott. Wescott's request is denied because his replies would be untimely. This Court already considered each of Wescott's motions to dismiss (ECF No. 196, 200, 201, and 202), and entered a report and recommendation ("R&R") as to each motion, which are now before the district court judge. (*See* ECF No. 225, 227, 228, 233).

Pursuant to 28 U.S.C. 636(b)(1), Wescott may object to each R&R by filing points and authorities within fourteen days of being served with the R&R. Wescott therefore has the opportunity to be heard prior to the district judge's final decision on the motions, and has not been prejudiced by the purported failure to receive the government responses.

//

Accordingly, **IT IS HEREBY ORDERED** that Wescott's motion to accept late replies to documents 211, 214, 215, and 216 (ECF No. 235) is **denied**.

DATED: November 3, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2