# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00085-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KENNETH GORDON WESCOTT | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on *pro se* Defendant Kenneth Gordon Wescott's ("Wescott") motion to accept late replies that were due November 12 and 13 (ECF No. 244), filed November 19, 2015.

Upon review, the Court finds that Wescott fails to identify those motions he wishes to file replies for. Without more, the Court is unable to determine whether to grant Wescott's request.

Accordingly, **IT IS HEREBY ORDERED** that Westcott's motion to accept late replies that were due November 12 and 13 (ECF No. 244) is **denied without prejudice**.

DATED: November 23, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**