# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00085-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KENNETH GORDON WESCOTT | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on *pro se* Defendant Kenneth Gordon Wescott's ("Wescott") Motion for Emergency Temporary Restraining Order (ECF No. 234), filed October 28, 2015, and the government's response (ECF No. 241), filed November 16, 2015.  Wescott did not file a reply.

    In this criminal case, Wescott submits the instant motion using a caption entitled, "Kenneth Gordon Wescott, Plaintiff v. Nevada Southern Detention Center Corrections Corporations of America, Defendant." ECF No. 234 at 1.  Wescott, in his motion, moves for a temporary restraining order under Fed. R. Civ. P. 65(b) to prohibit the "Corrections Corporation of America, AKA Nevada Southern Detention Center (NSDC)" from undertaking certain activities regarding detainees, including, among others, "Refusing to permit Detainees being able to assist (computer)(Legalese) illiterate Detainees." *Id.* at 2.

    The government opposes the motion, arguing that this criminal case is an improper forum for the resolution of Wescott's civil complaints against the detention center.

//

The Court agrees with the government. The instant case, 14-cr-0085-APG-CWH, is a criminal case in which Wescott is the sole defendant. To the Court's knowledge, Westcott has not brought a civil action against the "Corrections Corporation of America" or the NSDC. To the extent the present motion can be construed as a complaint that Wescott is unable to prepare a defense for his upcoming criminal case, the motion is vague, overly broad, and lacks sufficiently specific factual allegations.

Accordingly, Wescott's Motion for Emergency Temporary Restraining Order (ECF No. 234) is **denied**.

DATED: December 1, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**