UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KENNETH GORDON WESCOTT,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cr-00085-APG-CWH<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS**<br><br>(Dkt. ##192, 193) |

　　　On September 8, 2015, Magistrate Judge Hoffman entered two Report and Recommendations (Dkt ##192, 193) recommending that defendants' two motions to dismiss be denied. Defendant objected to those recommendations but later withdrew his objections. Thus, I am not required to review the Report and Recommendations.

　　　IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report and Recommendations (Dkt. ##192, 193) are accepted and approved in their entirety. Defendant's Motions to Dismiss (Dkt. #183, 184) are DENIED.

　　　Dated: January 19, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE