CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 07149
RASMUSSEN & KANG, LLC.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   2:14-cr-00085-APG-CWH |
| | ) |
| v. | ) |
| | ) |
| KENNETH WESCOTT, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**EXPARTE MOTION FOR AN ORDER ALLOWING PARALEGAL FRANK SZCZAPA**

**TO HAVE CONTACT VISITATION**

Comes Now, Defendant KENNETH WESCOTT, by and through his counsel Chris T. Rasmussen, Esq., and submits the following ex parte motion.

### MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Wescott is in custody at CCA Pahrump. The government has disclosed numerous discovery items.

We are requesting that Frank Szczapa be allowed contact visitation to review discovery with Defendant. The review of discovery with Defendant should allow for a

more efficient trial preparation.

DATED this 16th day of March, 2016

/S/ Chris T. Rasmussen, Esq.
_____
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 07149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> KENNETH WESCOTT, ) </br> ) </br> Defendant. ) </br> _____) | 2:14-cr-00085-APG-CWH |

**ORDER DIRECTING CORRECTIONS CORPORATION OF AMERICA TO ALLOW FRANK SZCZAPA TO HAVE CONTACT VISITATION WITH DETAINEE WESCOTT**

IT IS HEREBY ORDERED: That Corrections Corporation of America allow Paralegal FRANK SZCZAPA to have contact visitation with Kenneth Wescott, subject to the CJA rules.

DATED: March 17, 2016

_____
United States Magistrate Judge

.