**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| United States of America, | ) | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| Kenneth Gordon Wescott, | ) | **ORDER** |
| Defendant. | ) | |

Presently before the court is Defendant Kenneth Gordon Wescott's motion (ECF No. 312) to temporarily suspend Local Rule 10-6(a). The government has not filed a response.

Defendant, acting pro se, requests the temporary suspension of LR 10-6(a), which prohibits a party who has appeared by attorney from acting pro se in that action. Defendant makes this request so that he may bring his proposed pro se motion (ECF No. 313) for substitution of counsel. Upon review, this court will grant Defendant's request for the limited purpose of filing his proposed motion.

IT IS THEREFORE ORDERED that Defendant's motion (ECF No. 312) to suspend Local Rule 10-6(a) is GRANTED for the limited purpose of filing his proposed motion (ECF No. 313) for substitution of counsel.

DATED: September 15, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge