# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, | |
| v. | |
| KENNETH GORDON WESCOTT, | **ORDER** |
| Defendant. | |

Presently before the court are Defendant's motion (ECF No. 317) to waive Local Rule IA 11-6(a), and motion (ECF No. 318) for substitution of counsel, filed on September 19, 2016 and September 20, 2016, respectively.

Defendant's motions are duplicative of ECF Nos. 312 and 313, which the court has already ruled on (ECF Nos. 315 and 316). The instant motions appear to be photocopies of the original motions, and all matters raised in them have been addressed by the court's previous rulings.

IT IS THEREFORE ORDERED that Defendant's motions (ECF No. 317 and 318) to waive Local Rule IA 11-6(a) and for substitution of counsel are DENIED as moot.

DATED: September 23, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge