# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-085-APG-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| KENNETH GORDON WESCOTT, | ) | |
| Defendant. | ) | |

This Court finds that defendant Kenneth Gordon Wescott was found guilty on Count One of a One-Count Superseding Criminal Indictment charging him with Coercion and Enticement in violation of Title 18, United States Code, Section 2422(b). Superseding Criminal Indictment, ECF No. 126; Jury Verdict, ECF No. 354; Minutes of Jury Trial, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Bill of Particulars and the Forfeiture Allegation of the Superseding Criminal Indictment and the offense to which defendant Kenneth Gordon Wescott was found guilty. Superseding Criminal Indictment, ECF No. 126; Bill of Particulars, ECF No. 185; Jury Verdict, ECF No. 354; Minutes of Jury Trial, ECF No. __.

The following property is any property, real or personal, used or intended to be used to commit or to facilitate the commission of a violation of Title 18, United States Code, Section 2422(b), and is subject to forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1)

///

and Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c).

    a)  one (1) Black Acer Laptop, serial number LXPY9020350380C1982000;

    b)  one (1) Hitachi 50 GB Hard Drive, serial number MPC3B2Y3G9XSME;

    c)  one (1) Western Digital 160 GB Hard Drive, serial number WXC807103164;

    d)  one (1) Hitachi 160 GB Hard drive, serial number GJHNT5WE;

    e)  one (1) 2 GB Micro SD Card;

    f)  one (1) 1 GB Micro SD Card;

    g)  one (1) Silver Locking Thumbdrive;

    h)  Western Digital 500 GB Hard Drive, serial number WXR1EB0RPM57;

    i)  Twenty (20) CD/DVD's;

    j)  Western Digital 250 GB Hard Drive, serial number WXE508NC3630;

    k)  Dell PC Tower serial number HZV2QC1;

    l)  Blk/Blu Thumbdrive;

    m)  Dell PC Tower serial number 4F114C1;

    n)  Silv/Blk Maxtor H/DD S/N ZCAS9VQV;

    o)  WD Ext. HDD S/N WCAVV0208802;

    p)  Silv Thumbdrive;

    q)  thirty (30) CD/DVD's; and

    r)  Samsung Galaxy Model SPH-700, serial number 268435460206300203

(all of which constitutes property).

    This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Kenneth Gordon Wescott in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: November 16, 2016.

_____
UNITED STATES DISTRICT JUDGE