# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, | |
| v. | |
| KENNETH GORDON WESCOTT, | **ORDER** |
| Defendant. | |

Presently before the court are Defendant Kenneth Gordon Wescott's motions for temporary exemption from Local Rule IA 10-6 (ECF No. 360), and motion to arrest judgment (ECF No. 361), both filed on November 28, 2016. Both motions were filed by Defendant pro se. The government filed a response (ECF No. 362) on November 30, 2016.

Defendant requests the temporary suspension of Local Rule IA 10-6(a), which prohibits a party who has appeared by attorney from acting pro se in that action. Defendant, who is represented by counsel in this action, makes this request so that he may bring his proposed pro se motion. Upon review, Defendant has not shown good cause to suspend the rule. The court will deny the motion for temporary exemption and instruct the Clerk of Court to strike Defendant's motion to arrest judgment.

IT IS THEREFORE ORDERED that Defendant's motion for temporary exemption from Local Rule IA 10-6 (ECF No. 360) is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court must STRIKE Defendant's motion to arrest judgment (ECF No. 361).

DATED: December 2, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge