**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00085-APG-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | **(ECF # 374)** |
| KENNETH GORDON WESCOTT, | |
| Defendant. | |

Defendant Kenneth Gordon Wescott has filed an ex parte motion for clarification of terminology. (ECF No. 374). Ex parte motions are disfavored. The motion contains no basis for filing it ex parte and not serving it on the government. Accordingly, the clerk shall unseal the motion and serve it upon the Government.

Dated: January 27, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE