# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-0085-APG-CWH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| KENNETH WESCOTT, | ) | **ORDER** |
| Defendant. | ) | |

Presently before the Court are pro se Defendant Kenneth Wescott's motion for transcripts (ECF No. 378) and motion for copy of docket sheet (ECF No. 379), filed on January 30, 2017. The government filed a response (ECF No. 382) on February 6, 2017.

Defendant requests transcripts of all hearings and of trial, but does not provide any authority for the Court to grant such a request, or reasons why the transcripts are necessary in this case at this time. Given the significant costs associated with creating transcripts, the Court will not grant this motion absent a showing of good cause.

Defendant also requests a copy of the docket sheet be provided to him. In its response, the government represents that it has served Defendant with a copy of the docket sheet along with its response to the instant motion. It therefore appears that the motion is moot.

IT IS ORDERED that Defendant's motion for transcripts (ECF No. 378) is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for copy of docket sheet (ECF No. 379) is DENIED as moot.

DATED: February 8, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1