UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH GORDON WESCOTT,<br><br>Defendant. | Case No. 2:14-cr-00085-APG-CWH<br><br>**ORDER**<br><br>(ECF Nos. 374, 377, 380, 381) |

This order addresses the several motions defendant Kenneth Gordon Wescott recently filed.

**Motion for Clarification of Terminology (ECF No. 374)**

This motion is reminiscent of a college political science exam. I decline Mr. Wescott's request to answer his questions. Mr. Wescott has chosen to represent himself for sentencing. As he has been told many times, one of the burdens of self-representation is doing one's own legal research. The court cannot provide advice or respond to legal questions like those posed in the motion. The motion is denied.

**Motion for Post-Trial Discovery (ECF No. 381)**

Mr. Wescott seeks to compel the Government to produce a vast amount of documents and information. Preliminarily, he does not explain how any of the items he requests are related to his sentencing. Moreover, he has requested many of these items before, and the court has denied those requests. Mr. Wescott is engaging in an improper fishing expedition.

Mr. Wescott requests a variety of documents regarding training, techniques, and procedures for law enforcement investigations, including those related to "child solicitation/abuse/exploitation." ECF No. 381 at 5-6 (Request No. 1) and 7 (Request Nos. 6 and 7). The court has previously denied his similar requests, and he offers no reason why the situation is different now. Mr. Wescott also has not demonstrated that the United States Attorney

for this district has possession, custody, or control over these items. Nor has he explained how these items are relevant to his upcoming sentencing. The request is denied.

Mr. Wescott seeks communications between the investigating agents and prosecutors. *Id.* at 6 (Request No. 2). The Government insists that all non-privileged, non-protected material has been produced (ECF No. 382 at 6) and Mr. Wescott has offered nothing to contradict that. The request is denied.

Mr. Wescott next seeks grand jury transcripts. ECF No. 381 at 6-7 (Request No. 3). He admits the transcripts were previously provided to him. *Id.* at 7. This request is denied as moot.

Mr. Wescott requests documents regarding "Operation Protect the Powerless in unredacted form." *Id.* (Request No. 4). He previously requested these materials in a FOIA request, and he does not state whether he has already received them. Regardless, Mr. Wescott fails to explain how the information he seeks is relevant to his case or sentencing. The request is denied.

Mr. Wescott requests materials required to be produced under Rule 16 of the Federal Rules of Criminal Procedure. *Id.* (Request No. 5). The Government has previously produced that material. The request is denied as moot.

Mr. Wescott requests "all documentation including all phone calls and documentation" from while he was in pretrial detention. *Id.* at 8 (Request No. 8). None of this material is in the Government's possession, custody, or control. Moreover, Mr. Wescott has not explained how these items are relevant to his case or sentencing. The request is denied.

Finally, Mr. Wescott requests "financial information that would show a nexus between a monetary value and the number of arrests/convictions as a TFO member." *Id.* (Request No. 9). Not only is this request unintelligible and overly broad, Mr. Wescott has failed to demonstrate how the information is relevant to his sentencing. The request is denied.

**Motions to Continue Sentencing (ECF Nos. 377, 380)**

Mr. Wescott also filed two motions to continue his sentencing hearing for at least 70 days so he has more time to prepare. Magistrate Judge Hoffman has denied Mr. Wescott's requests for

transcripts of all hearings and of trial (*See* ECF No. 383), and I have denied his motion for post-trial discovery. Thus, Mr. Wescott should not need 70 additional days to prepare for sentencing. Nevertheless, a short continuance will not prejudice the Government and will allow Mr. Wescott additional time to prepare for sentencing. I will reschedule the sentencing hearing.

IT IS HEREBY ORDERED that Mr. Wescott's motion for clarification of terminology **(ECF No. 374) is denied**.

IT IS FURTHER ORDERED that Mr. Wescott's motion for post-trial discovery **(ECF No. 381) is denied.**

IT IS FURTHER ORDERED that Mr. Wescott's motions to continue his sentencing **(ECF Nos. 377, 380) are granted.** The February 16, 2017 sentencing hearing is vacated, and sentencing hearing is rescheduled for **March 23, 2017 at 1:30 p.m.**

Dated: February 10, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE