**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-085-APG-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| KENNETH GORDON WESCOTT, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1), (2), and (5); Title 18, United States Code, Section 2428(a)(1); and Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant Kenneth Gordon Wescott guilty of the criminal offense, forfeiting specific property set forth in the Bill of Particulars and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Kenneth Gordon Wescott was found guilty. Superseding Criminal Indictment, ECF No. 126; Bill of Particulars, ECF No. 185; Minutes of Jury Trial, ECF No. 350; Verdict Form, ECF No. 354; Preliminary Order of Forfeiture, ECF No. 359.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 23, 2016, through December 22, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 370.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and
2  the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the property named herein and
4  the time for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
6  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
7  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
8  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428(a)(1); Title 18, United States
9  Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c); and Title 21,
10 United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. one (1) Black Acer Laptop, serial number LXPY9020350380C1982000;
2. one (1) Hitachi 50 GB Hard Drive, serial number MPC3B2Y3G9XSME;
3. one (1) Western Digital 160 GB Hard Drive, serial number WXC807103164;
4. one (1) Hitachi 160 GB Hard drive, serial number GJHNT5WE;
5. one (1) 2 GB Micro SD Card;
6. one (1) 1 GB Micro SD Card;
7. one (1) Silver Locking Thumbdrive;
8. Western Digital 500 GB Hard Drive, serial number WXR1EB0RPM57;
9. Twenty (20) CD/DVD's;
10. Western Digital 250 GB Hard Drive, serial number WXE508NC3630;
11. Dell PC Tower serial number HZV2QC1;
12. Blk/Blu Thumbdrive;
13. Dell PC Tower serial number 4F114C1;
14. Silv/Blk Maxtor H/DD S/N ZCAS9VQV;
15. WD Ext. HDD S/N WCAVV0208802;
16. Silv Thumbdrive;

17. thirty (30) CD/DVD's; and

18. Samsung Galaxy Model SPH-700, serial number 268435460206300203

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 5th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

3