# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00085-APG-CWH |
| Plaintiff, | **ORDER REFERRING MATTER TO NINTH CIRCUIT COURT OF APPEALS** |
| v. | |
| KENNETH GORDON WESCOTT, | (ECF No. 413) |
| Defendant. | |

Defendant Kenneth Wescott filed a sealed brief regarding concerns with his appellate counsel. ECF No. 413. Because this matter has been appealed to the court of appeals, I have no jurisdiction over Wescott's complaints. Accordingly, I am referring Wescott's brief to the Ninth Circuit. **The clerk of this court shall forward Mr. Wescott's brief (ECF No. 413), under seal, to the clerk for the Ninth Circuit.**

Dated: June 27, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE