**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10157 |
| Plaintiff-Appellee, | 2:14-CR-00085-APG-CWH-1 |
| vs. | |
| KENNETH GORDON WESCOTT, | |
| Defendant-Appellant. | **ORDER** |

Pursuant to the order filed on December 27, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED that Daniel J. Hill is appointed to represent Kenneth Gordon Wescott for his appeal. Mr. Hill's address is 228 South 4th Street, Third Floor, Las Vegas, NV 89101 and his phone number is 702-848-5000.

Former counsel, Mario D. Valencia's office is directed to forward the file to Mr. Hill forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 2nd day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE