UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KENNETH GORDON WESCOTT,<br><br>　　　　　　　　　Defendant. | Case No. 2:14-cr-00085-APG-CWH<br><br>**ORDER REQUIRING STATUS REPORT REGARDING MOTION FOR RETURN OF PROPERTY**<br><br>(ECF No. 401) |

　　　Mr. Wescott filed a motion for return of his property. ECF No. 401. On April 5, 2017, I ordered the parties to confer about what data can be reasonably removed from the electronic devices at issue in this case. In order to facilitate those discussions, I authorized Mr. Wescott's then-appellate counsel (William Gamage) to participate. The parties were ordered to file either a stipulation and proposed order memorializing their agreement or briefs on their respective positions by May 12, 2017. No stipulation or briefs have been filed.

　　　IT IS HEREBY ORDERED that, by April 6, 2018, the parties shall file status reports (joint or separate) regarding the status of their discussions, the removal of the subject material, and the return of Mr. Wescott's property.

　　　Dated: March 6, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE