# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH GORDON WESCOTT,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cr-00085-APG-CWH<br><br>**ORDER DENYING DEFENDANT'S MOTION TO STAY SENTENCING PENDING APPEAL**<br><br>(ECF Nos. 415, 417, 418) |

Defendant Kenneth Wescott filed a motion seeking to stay his sentencing and to return him to Nevada so he can assist his former counsel with his appeal. ECF No 418. Wescott also filed two motions to temporarily suspend Local Rule 10-6 so he could file his motion to return to Nevada. ECF Nos. 415, 417.

Given the circumstances of this case and the difficulties Mr. Wescott experienced with his prior appellate counsel, I grant his motions to temporarily suspend Local Rule 10-6 so he can file his motion to stay. However, that suspension is limited only to that motion, and Mr. Wescott is not permitted to file any other motions pro se as he now has new appellate counsel.

Although I allow Mr. Wescott to file his motion pro se, I deny the motion to stay his sentencing and transfer him back to Nevada. The motion does not provide sufficient reasons to grant it.

IT IS THEREFORE ORDERED that Mr. Wescott's motions to temporarily suspend Local Rule 10-6 **(ECF Nos. 415, 417) are GRANTED**. His motion to stay sentencing **(ECF No. 418) is DENIED**.

Dated: March 6, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE