# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>KENNETH GORDON WESCOTT,<br><br>            Defendant. | Case No. 2:14-cr-00085-APG-CWH<br><br>**ORDER REQUIRING STATUS REPORT REGARDING MOTION FOR RETURN OF PROPERTY**<br><br>(ECF No. 401) |

      On March 6, 2018, I ordered the parties to confer about the return of Mr. Wescott's property, and to file status reports (joint or separate) regarding the status of their discussions. The Government filed a status report (ECF No. 461) requesting an additional 30 days for Mr. Wescott's counsel to determine what property should be returned and where it is located. This request is reasonable.

      IT IS THEREFORE ORDERED that Mr. Wescott's current counsel (Daniel J. Hill) shall confer with Mr. Wescott and then provide the needed information to Assistant United States Attorney Cristina Silva by May 18, 2018. The parties shall file status reports (joint or separate) regarding their discussions by May 29, 2018.

      Dated: April 9, 2018.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE