# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>KENNETH GORDON WESCOTT,<br><br>    Defendant | Case No.: 2:14-cr-00085-APG-CWH<br><br>**Order Granting in Part Motion for Return of Property**<br><br>[ECF No. 401] |

IT IS ORDERED that defendant Kenneth Gordon Wescott's motion for return of property **(ECF No. 401) is GRANTED in part**. The Government shall return all of the defendant's property that is not contraband or was not used in the commission of the instant offense on or before July 13, 2018. The Government may accomplish this by delivering the items to Mr. Wescott's lawyer.

DATED this 14th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE