# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KENNETH GORDON WESCOTT,<br><br>                Defendant. | Case No. 2:14-cr-00085-APG-CWH<br><br>**ORDER REQUIRING STATUS REPORT REGARDING RETURN OF PROPERTY**<br><br>(ECF No. 401) |

On June 14, 2018, I ordered the Government to return all of Mr. Wescott's property that is not contraband or was not used in the commission of the instant crime by July 13, 2018. ECF No. 465. Mr. Wescott recently filed a motion for a status report suggesting that the Government has not complied with my order. ECF No. 472.

I THEREFORE ORDER the Government to file a status reports explaining whether the personal data and non-contraband material on Mr. Wescott's seized computers have been returned to him or his lawyer. If that material has not been returned, the Government shall explain why not, and why I should not impose contempt sanctions. The Government's report shall be filed by December 20, 2019 and shall also be sent to Mr. Wescott at the address listed in ECF No. 472. Mr. Wescott may file a response to that report within 21 days of service upon him.

Dated: November 26, 2019.

                                                                _____<br>
                                                                ANDREW P. GORDON<br>
                                                                UNITED STATES DISTRICT JUDGE