# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:14-cr-085-APG-DJA |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Kenneth Gordon Wescott, | (ECF No. 490) |
| Defendant. | |

The Government's motion for the clerk to provide it a copy of the Government's trial brief **(ECF No. 490) is GRANTED**. The clerk of court is ordered to provide a copy of the Government's trial brief (ECF No. 335) to the Government, who shall then provide it to defendant Wescott.

Dated: June 24, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE