NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
adam.flake@usdoj.gov
Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-85-APG-DJA |
| Plaintiff, | **Government's Motion for Extension of Time to Respond to Wescott's Motion for Additional Documents, ECF No. 505.** |
| v. | |
| KENNETH GORDON WESCOTT, | |
| Defendant. | |

CERTIFICATION: This motion is timely.

On December 11, 2020, Wescott filed a request for additional documents. ECF No. 505. The Court ordered the government to respond by December 25, 2020, which effectively made its response due December 28, 2020. *See id.* The government needs additional time to review Wescott's request and locate the requested documents. Accordingly, the government requests 14 additional days, until January 11, 2021 to file a response. The government seeks this extension of time in good faith and not for purposes of delay.

1        Because Wescott is pro se and incarcerated, the government did not confer with him

2  regarding his position on this extension.

3

4        DATED this 28th day of December, 2020.

5                                        Respectfully submitted,

6                                        NICHOLAS A. TRUTANICH
                                      United States Attorney

7

                                      s/ *Adam Flake*

8                                        ADAM FLAKE
                                      Assistant United States Attorney

9

10

11

12  IT IS SO ORDERED:

13  Dated:  December 28, 2020

14                                      _____

                                    ANDREW P. GORDON

15                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Government's**

**Motion for Extension of Time to Respond to Wescott's Motion for Additional**

**Documents, ECF No. 505,** was filed and served via CM/ECF upon all counsel of record

with the Clerk of the Court for the United States District Court, District of Nevada; and a

true and correct copy sent to the Defendant via first-class mail, at the following address:

**Kenneth Gordon Wescott**
**Reg. No. 48996-048**
Reeves III
Corectional Institution
P.O. Box 2038
Pecos, TX 79772

Dated this 28th day of December 2020.

 _s/  Nicole Vazquez_
NICOLE VAZQUEZ
Legal Assistant

3