**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>v.<br><br>Kenneth Gordon Wescott,<br><br>             Defendant. | Case No. 2:14-cr-085-APG-DJA<br><br>**Order Granting in Part Defendant's Motion for Production of Documents**<br><br>(ECF No. 505) |

    Defendant Kenneth Gordon Wescott again moves for production of some documents listed on the court's docket sheet. ECF No. 505.  I will grant Mr. Wescott's motion in part. Some of the requested documents (ECF Nos. 54, 171, 309) are minutes of court proceedings and there is nothing more to them than what is shown on the face of the court docket sheet.  I will order the production of the documents filed at ECF Nos. 204, 210, 297, 334, 338, 345, and 437. The Government will or has already produced to Mr. Wescott the rest of the documents he requests, and I will not order it to produce them again (other than those it agreed to produce in its response (ECF No. 509)).

    I HEREBY ORDER the clerk of the court to send to Mr. Wescott copies of the following documents: ECF Nos. 204, 210, 297, 334, 338, 345, and 437).

    I FURTHER ORDER the Government to produce to Mr. Wescott the documents it agreed to produce in its response.  The remainder of Mr. Wescott's motion is denied.

    Dated: February 17, 2021.

                                                                            ANDREW P. GORDON<br>
                                                                            UNITED STATES DISTRICT JUDGE