# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br>v.<br><br>Kenneth Gordon Wescott,<br><br>                 Defendant. | Case No. 2:14-cr-00085-APG-DJA<br><br>**Order Denying Defendant's Motion<br>for Documents**<br><br>[ECF No. 514] |

Defendant Kenneth Gordon Wescott filed a motion seeking to have the Government again copy documents to a CD for him because he is having trouble opening the CDs previously provided to him. ECF No. 514.  The Government responded that if Wescott will return the CDs and passwords, it will test them and either replace them or return them. ECF No. 515.  This could save considerable time and expense and appears to be a workable solution.  I therefore deny Wescott's motion as moot.

I THEREFORE ORDER that Mr. Wescott's motion **(ECF No. 514) is DENIED** as moot.

Dated: August 30, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE