# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Kenneth Gordon Wescott,<br><br>　　　　　　　Defendant. | Case No. 2:14-cr-00085-APG-DJA<br><br>**Order Denying Defendant's Motion for Additional Documents**<br><br>[ECF No. 519] |

　　　　Defendant Kenneth Gordon Wescott filed another motion seeking to have the Government again copy documents to a CD for him because he is having trouble opening the CDs previously provided to him. ECF No. 519.  The Government responded by again sending Wescott a CD with the documents, this time unencrypted. ECF No. 520.  I therefore deny Wescott's motion as moot.

　　　　I THEREFORE ORDER that Mr. Wescott's motion **(ECF No. 519) is DENIED** as moot.

　　　　Dated: November 12, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE