# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

          Plaintiff,

  v.

Kenneth Gordon Wescott,

          Defendant.

Case No. 2:14-cr-00085-APG-DJA

**Order Denying Defendant's Motion
for Additional Document**

[ECF No. 523]

Defendant Kenneth Gordon Wescott filed another motion seeking to have the Government provide him a document. ECF No. 523.  This time, he requests a copy of a DVD that he says is filed at ECF No. 340.  ECF No. 340 is Wescott's proposed exhibit list for trial. The DVD is listed as proposed exhibit 2.  The Government responds that it does not have a copy of that DVD. ECF No. 524.  The DVD was not admitted into evidence at trial, so the court cannot provide a copy of it.  Thus, Wescott must obtain it from his former counsel.

I THEREFORE ORDER that Mr. Wescott's motion **(ECF No. 523) is DENIED** as moot.

Dated: January 14, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE