# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-00085-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Kenneth Gordon Wescott, | |
| Defendant. | |

Defendant David Alan Cohen has moved for a copy of his motion requesting equitable tolling, explaining that, during his recent transfer, he could not bring certain items and thus does not have his copy of the motion. (ECF No. 527). Because Defendant has asserted to have lost his copy of his motion, the Court will grant his request.

**IT IS THEREFORE ORDERED** that Defendant's motion (ECF No. 527) for a copy of his motion for equitable tolling is granted. The Clerk of Court is kindly directed to mail Defendant a copy of **ECF No. 511**.

DATED: May 9, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE