1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

United States of America,

          Plaintiff,

   v.

Kenneth Gordon Wescott,

          Defendant.

Case No. 2:14-cr-00085-APG-DJA

**Order**

12      Before the Court is Defendant Kenneth Gordon Wescott's motion to reinstate court

13   ordered law library access (ECF No. 529) and the United States' motion to dismiss Defendant's

14   motion (ECF No. 531).  In his motion, Defendant explains that he has been transferred to a new

15   facility in Berlin, New Hampshire: the Federal Correctional Institution, Berlin (FCI Berlin).

16   (ECF No. 529).  He moves the Court to order FCI Berlin to reinstate Defendant's prior Court-

17   ordered law library access.  (*Id.*).  Defendant asserts that the lieutenant at FCI Berlin has not

18   responded to his request to access the law library.  (*Id.*). The United States moves to dismiss

19   Defendant's claim, explaining that, when the Court originally ordered law-library access,

20   Defendant was housed in Nevada.  (ECF No. 531).  Now that Defendant is challenging the

21   conditions of his confinement in New Hampshire, the United States asserts that Defendant must

22   bring his claim there, not in this Court.  (*Id.*).  Defendant did not respond to the United States'

23   motion.

24       In the Ninth Circuit, when a prisoner is challenging the conditions of his confinement and

25   his challenge will not necessarily shorten his sentence, a civil action under 42 U.S.C. § 1983 is

26   the proper method for redress.  *See Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir. 2003); *see*

27   *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991).  However, the federal venue statue requires that

28   a civil action be brought in "(1) a judicial district in which any defendant resides, if all defendants

are residents of the State in which the district is located; (2) a judicial district in which a

substantial part of the events or omissions giving rise to the claim occurred…; or (3) if there is no

district in which an action may otherwise be brought as provided in this section, any judicial

district in which any defendant is subject to the court's personal jurisdiction with respect to such

action." 28 U.S.C. § 1391(b).

The Court denies Defendant's motion to reinstate his law library access and grants the

United States' motion to dismiss Defendant's motion.  Defendant's motion—challenging the

conditions of his confinement in New Hampshire—must be brought as a new civil action under

42 U.S.C. § 1983, not filed into his existing criminal case.  Defendant must also bring his action

in the District of New Hampshire—rather than the District of Nevada—because that is where FCI

Berlin is located and where the events he describes took place.


**IT IS THEREFORE ORDERED** that Defendant's motion to reinstate his law library

access (ECF No. 529) is **denied with prejudice**.

**IT IS FURTHER ORDERED** that the United States' motion to dismiss Defendant's

motion (ECF No. 531) is **granted**.


DATED: August 19, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE