# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Kenneth Gordon Wescott,<br><br>　　　　　　Defendant. | Case No. 2:14-cr-00085-APG-DJA<br><br>**Order Denying Defendant's Motion to Close all Open Motions**<br><br>[ECF No. 534] |

Defendant Kenneth Gordon Wescott filed a motion asking the court "to 'Close All Open Motions' that appear on the docket sheet as open." ECF No. 534 at 1. At the time he filed that motion, there were no motions showing on the docket as pending or open. Therefore, I deny the motion as moot.

Dated: November 14, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE