UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>v.<br><br>Kenneth Gordon Wescott,<br><br>            Defendant. | Case No. 2:14-cr-00085-APG-DJA<br><br>**Order Denying Defendant's Motion for Hearing Concerning Equitable Tolling**<br><br>[ECF No. 535] |

    Defendant Kenneth Gordon Wescott filed a motion requesting an evidentiary hearing to determine whether he qualifies for equitable tolling for a motion for relief under 28 USC § 2255 that he intends to file. ECF No. 535.  I deny the motion as premature.

    Wescott previously moved for a determination whether he qualified for equitable tolling. ECF No. 511.  I denied that motion without deciding the merits because it was premature. ECF No. 516.  I held that I lack authority to consider whether equitable tolling applies until after Wescott files his § 2255 motion. *Id.*  Wescott's present motion is likewise premature because he wants me to determine whether he qualifies for equitable tolling before he files his motion.  I therefore deny his present motion.

    I THEREFORE ORDER that Mr. Wescott's motion **(ECF No. 535) is DENIED** without prejudice to seek equitable tolling after he has filed his § 2255 motion.

    Dated: December 14, 2022.

                                                                                        _____\
                                                                                       ANDREW P. GORDON\
                                                                                       UNITED STATES DISTRICT JUDGE