# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00085-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| KENNETH GORDON WESCOTT, | |
| Defendant | |

I ORDER the United States of America to respond to defendant Kenneth Wescott's motion for an evidentiary hearing (ECF No. 540); motion for leave to file an oversized brief (ECF No. 541); motion to vacate, set, aside or correct sentence under 28 U.S.C. § 2255 (ECF No. 542), and motion for discovery (ECF No. 543) by February 10, 2023. Wescott may file reply briefs by March 10, 2023.

DATED this 9th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE