Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

### REQUEST FOR MODIFICATION
### TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
July 17, 2023

Name of Offender: **Kenneth Gordon Wescott**

Case Number: **2:14CR00085**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **March 23, 2017**

Original Offense: **Coercion and Enticement**

Original Sentence: **120 Months prison followed by Lifetime supervised release**

Date Supervision Commenced: **October 7, 2022**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

### PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – **You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.**

### CAUSE

Wescott is currently residing at the Las Vegas Residential Reentry Center (RRC) and has been at the facility since February of 2023. Wescott was released from the Bureau of Prisons with an immigration hold, due to his status as a Canadian citizen. Over the past several months Wescott has made attempts to secure a birth certificate and identification to allow him to work in the United States. Wescott secured the necessary documents to obtain work approximately one month ago.

RE: Kenneth Gordon Wescott

Prob12B
D/NV Form
Rev. June 2014

Wescott has experience as a chef and recently was offered a position as an assistant cook at a casino in Las Vegas. Wescott has not started this job yet, thus he is unable to afford housing at this time. The undersigned officer requests an additional modification for 90 more days at the RRC, to allow Wescott to secure housing. Wescott has signed the probation form 49, waiver of hearing, which is attached for Your Honor's review.

Respectfully submitted,

Digitally signed by Steve Goldner
Date: 2023.07.17 15:03:40 -07'00'

Steve M Goldner
Senior United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2023.07.17 14:46:13 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

RE: Kenneth Gordon Wescott

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐      No Action.

☐      The extension of supervision as noted above.

☑      The modification of conditions as noted above

☐      Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

July 18, 2023
_____
Date